FILED: August 19, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1949
(5:12-cv-00186-RLV-DSC)

_____

UNITED STATES OF AMERICA; CLAUDIA APPELBAUM

  Plaintiffs - Appellees

v.

ERIC APPELBAUM

  Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Statesville |
| Originating Case Number | 5:12-cv-00186-RLV-DSC |
| Date notice of appeal filed in originating court: | 08/18/2016 |
| Appellant (s) | Eric Appelbaum |
| Appellate Case Number | 16-1949 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |