FILED: August 29, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1949
(5:12-cv-00186-RLV-DSC)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

and

CLAUDIA APPELBAUM

       Plaintiff

v.

ERIC APPELBAUM

       Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge Shedd and Judge Diaz.

For the Court

/s/ Patricia S. Connor, Clerk